IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRY L. YARRISON** | : | CIVIL ACTION NO. 1:15-CV-683 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of | : | |
| Social Security | : | |
| | : | |
| Defendant | : | |

## O R D E R

Before the Court in the above captioned action is the August 2, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 24) of Magistrate Judge Cohn.

2) The appeal is DENIED, as the ALJ's decision is supported by substantial evidence.

3) The Clerk of Court shall close the case.

                                                                  *s/ Yvette Kane*
                                                                  Yvette Kane, District Judge
                                                                  United States District Court
                                                                  Middle District of Pennsylvania

Dated: August 25, 2016